IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BARBARA FRANCE                                                              PLAINTIFF

V.                              CASE NO. 5:16-CV-5337

MITCHELL SHOBERT; MAY TRUCKING COMPANY;
and JOHN DOES 1-5                                                          DEFENDANTS

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Motion to Dismiss with Prejudice (Doc. 11). It appearing to the Court that this case has been amicably resolved, the Motion is **GRANTED**, and Plaintiff's Complaint (Doc. 3) is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED** on this 28th day of February, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE